UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-20185-CR-WILLIAMS(s)

UNITED STATES OF AMERICA

v.

JOE LEWIS MCHOMES,

        **Defendant.**

_____ /

**UNITED STATES' MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO UNITED STATES SENTENCING GUIDELINE SECTION 5K1.1**

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court reduce the sentence of the defendant Joe Lewis McHomes, pursuant to United States Sentencing Guideline Section 5K1.1, and states:

On September 21, 2022, pursuant to a Plea Agreement, the defendant Joe McHomes pled guilty to Count 1 of the Superseding Indictment, which charged him with conspiracy to commit mail fraud, in violation of Title 18, United States Code, Sections 1341 and 1346, and wire fraud, in violation of Title 18, United States Code, Sections 1343 and 1346; all in violation of Title 18, United States Code, Section 1349.

Probation computes McHomes' total offense as 20, and his criminal history category as I. (*See* PSI (DE 134) at pp. 11-13, ¶¶ 40-55.) Based on these findings, McHomes' advisory guideline range of imprisonment is 33 to 41 months. (*Id.* at p. 21, ¶ 87.)

McHomes provided substantial assistance to the United States in connection with the investigation and prosecution of his co-defendant, Mario De La Torre; including by providing information to federal agents, and agreeing to testify at the trial of De La Torre. Therefore,

pursuant to United States Sentencing Guideline Section 5K1.1, the United States moves for a reduction of McHomes's term of imprisonment by 1/3 of the low end of his advisory guideline range of imprisonment. Based on McHomes' advisory guideline range of imprisonment of 33 to 41 months, the government requests a reduction of 11 months, and a sentence of 22 months' imprisonment.

WHEREFORE, the United States requests that the Court reduce Joe Lewis McHomes' term of imprisonment by 1/3 of the low end of his advisory guideline range of imprisonment as determined by the Court.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: **Dwayne Williams**
DWAYNE E. WILLIAMS
Assistant United States Attorney
Florida Bar No. 0125199
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9163
Fax: (305) 530-6168
Dwayne.Williams@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing United States' Motion for Reduction of Sentence was filed with the Clerk of the Court, via CM/ECF, this 18th day of June 2024.

**Dwayne Williams**
DWAYNE E. WILLIAMS
Assistant United States Attorney